# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 2:20-cv-3774 |
| Plaintiff, | : | |
| v. | : | |
| PLATINUM PLUS AUTO PROTECTION, INC. | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and they intend to file a stipulation of dismissal within fourteen days.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 22nd day of February, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich