IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 2:20-cv-3774 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| PLATINUM PLUS AUTO PROTECTION, INC. | : <br> : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Plaintiff hereby voluntarily dismiss all of his claims against the Defendant with prejudice, each party to pay their own costs. The putative class claims are dismissed without prejudice.

**APPROVED and SO ORDERED this 5th day of March 2021. The Clerk is directed to CLOSE the case.**
    **/s/ Cynthia M. Rufe**
       **Cynthia M. Rufe, J.**

Dated: March 1, 2021                Respectfully submitted,

                                    By: /s/ Anthony I. Paronich
                                    Anthony I. Paronich (*pro hac vice*)
                                    Paronich Law, P.C.
                                    350 Lincoln Street, Suite 2400
                                    Hingham, MA 02043
                                    [o] (617) 485-0018
                                    [f] (508) 318-8100
                                    anthony@paronichlaw.com
                                    *Attorneys for Plaintiff*


                                    By: /s/ Matthew A. Keilson
                                    C. Celeste Creswell (*pro hac vice*)
                                    Matthew A. Keilson (*pro hac vice*)
                                    **KABAT CHAPMAN & OZMER** LLP
                                    17th Street NW, Suite 1550
                                    Atlanta, Georgia 30363
                                    T: (404) 400-7300
                                    F: (404) 400-7333
                                    mkeilson@kcozlaw.com
                                    ccreswell@kcozlaw.com

                                    *Counsel for Platinum Plus Auto Protection, Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 1st day of March, 2021 on all counsel of record via the Court's CM/ECF system.

                                    */s/ Anthony I. Paronich*
                                    Anthony I. Paronich